■ In the Matter of LLOYD F. MARTIN, JR., et al., Appellants, for the Judicial Dissolution of HENDERSON-JOHNSON CO., INC., Respondent. (Appeal No. 1.) [895 NYS2d 914]—Appeal from an order of the Supreme Court, Onondaga County (Anthony J. Paris, J.), entered August 17, 2009. The order, among other things, stayed the petition seeking judicial dissolution of respondent pending a hearing to determine the validity of a certain stockholders agreement.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Howell v Independent Union of Plant Protection Empls.*, 112 AD2d 754 [1985]; *see also* CPLR 5701 [a] [2] [v]). Present—Scudder, P.J., Sconiers, Green and Gorski, JJ.

■ R. TODD HENDERSON et al., Respondents, v LLOYD F. MARTIN, JR., Individually and as President of Henderson-Johnson Co., Inc., Appellant, et al., Defendant. (Appeal No. 2.) [897 NYS2d 667]—Appeal from an order of the Supreme Court, Onondaga County (Anthony J. Paris, J.), entered July 20, 2009. The order, insofar as appealed from, denied that part of the motion of defendant Lloyd F. Martin, Jr., individually and as president of Henderson-Johnson Co., Inc., seeking to hold plaintiffs in civil contempt.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Sconiers, Green and Gorski, JJ.